JILL F. KOPEIKIN (Cal. Bar No. 160792)
VALERIE M. WAGNER (Cal. Bar No. 173146)
GCA LAW PARTNERS LLP
1891 Landings Drive
Mountain View, CA 94043
(Tel.) 650-428-3900
(Fax) 650-428-3901

MICHAEL W. SHORE (*pro hac vice*)
DANIEL F. OLEJKO (*pro hac vice* pending)
SHORE CHAN BRAGALONE DEPUMPO LLP
Bank of America Plaza
901 Main Street, Suite 3300
Dallas, Texas 75202
(Tel.) 214-593-9110
(Fax)214-593-9111

Attorneys for Plaintiff
THIRD DIMENSION SEMICONDUCTOR, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THIRD DIMENSION SEMICONDUCTOR, INC.,<br><br>Plaintiff,<br>vs.<br>ALPHA AND OMEGA SEMICONDUCTOR INC., ALPHA AND OMEGA SEMICONDUCTOR LIMITED<br><br>Defendants. | **Case No. 3:12-cv-02130 EMC**<br><br>**[PROPOSED] ORDER TERMINATING SEAN N. HSU AS COUNSEL OF RECORD FOR PLAINTIFF THIRD DIMENSION SEMICONDUCTOR, INC. AND REMOVING MR. HSU FROM THE CM/ECF FILING SYSTEM IN THIS ACTION**<br><br>**JURY TRIAL DEMANDED** |

1  IT IS HEREBY ORDERED THAT:

2  Sean N. Hsu shall be terminated as counsel of record for Plaintiff Third Dimension Semiconductor, Inc. ("**3D**") in this action;    and

4  Mr. Hsu shall be removed from the CM/ECF distribution for this matter.

5  Dated: August____, 2012     13



The Honorable Edward M. Chen
District Court Judge

---

ORDER TERMINATING SEAN N. HSU AS COUNSEL OF RECORD  
AND REMOVING MR. HSU FROM CM/ECF DISTRIBUTION

Case No. 3:12-cv-02130 EMC

Page 1