| | |
|---|---|
| JILL F. KOPEIKIN (Cal. Bar No. 160792) <br> VALERIE M. WAGNER (Cal. Bar No. 173146) <br> GCA LAW PARTNERS LLP <br> 1891 Landings Drive <br> Mountain View, CA 94043 <br> (Tel.) 650-428-3900 <br> (Fax) 650-428-3901 <br> jkopeikin@gcalaw.com <br> vwagner@gcalaw.com <br><br> MICHAEL W. SHORE, Esq., *Pro Hac* <br> EVE L. HENSON, *Pro Hac* <br> DANIEL F. OLEJKO, *Pro Hac* <br> SHORE CHAN BRAGALONE DEPUMPO LLP <br> Bank of America Plaza <br> 901 Main Street, Suite 3300 <br> Dallas, Texas 75202 <br> (Tel.) 214-593-9110 <br> (Fax) 214-593-9111 <br><br> Attorneys for Plaintiff <br> THIRD DIMENSION SEMICONDUCTOR, INC. | DANIEL JOHNSON, JR. (SBN 57409) <br> MICHAEL J. LYONS (SBN 202284) <br> AHREN C. HSU-HOFFMAN (SBN 250469) <br> DAVID V. SANKER (SBN 251260) <br> MORGAN, LEWIS & BOCKIUS LLP <br> 2 Palo Alto Square <br> 3000 El Camino Real, Suite 700 <br> Palo Alto, CA 94306-2122 <br> Tel: 650.843.4000 <br> Fax: 650.843.4001 <br> Email: djjohnson@morganlewis.com <br> Email: mlyons@morganlewis.com <br> Email: ahsu-hoffman@morganlewis.com <br> Email: dsanker@morganlewis.com <br><br> Attorneys for Defendants ALPHA AND OMEGA SEMICONDUCTOR INC., ALPHA AND OMEGA SEMICONDUCTOR LIMITED |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THIRD DIMENSION SEMICONDUCTOR, INC., <br> Plaintiff, <br> vs. <br><br> ALPHA AND OMEGA SEMICONDUCTOR INC., and ALPHA AND OMEGA SEMICONDUCTOR LIMITED, <br><br> Defendants. | **Case No. 3:12-CV-02130-EMC** <br><br> **STIPULATION OF DISMISSAL WITHOUT PREJUDICE** ; ORDER <br><br> JURY TRIAL DEMANDED |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Third Dimension Semiconductor, Inc. hereby files this Stipulation of Dismissal, dismissing without prejudice, this action against Defendants Alpha and Omega Semiconductor Inc., and Alpha and Omega Semiconductor Limited (collectively, "Defendants" or "AOS"). On April 27, 2012, Plaintiff filed its Original Complaint for Patent Infringement in this Court. [Dkt. No. 1]. In accordance with a Stipulation to extend time for Defendants to respond to the Original Complaint, AOS answered the lawsuit on June 21, 2012 [Dkt. No. 16]. Under Federal Rule of Civil Procedure 41(A)(1)(a)(ii), the parties may stipulate to a dismissal of Defendants from this lawsuit without prejudice, and a Court Order is not necessary because the parties are in agreement as indicated by the joint execution of this Stipulation of Dismissal Without Prejudice. Accordingly, because the parties have entered a Standstill Agreement, which tolls any claims and/or defenses the parties may have regarding the asserted patents, the parties now stipulate to dismiss, without prejudice and with each party to bear its own costs and fees, this action against the Defendants Alpha and Omega Semiconductor Inc. and Alpha and Omega Semiconductor Limited.

Dated: October 24, 2012

By: **/S/ Jill F. Kopeikin**
Jill F. Kopeikin
Counsel for Plaintiff
Third Dimension Semiconductor, Inc.

By: **/S/ Ahren C. Hsu-Hoffman**
Ahren C. Hsu-Hoffman
Counsel for Defendant
Defendants Alpha and Omega Semiconductor Inc.,
Alpha and Omega Semiconductor Limited

IT IS SO ORDERED. The Clerk of the Court is directed to close this case.

_____
Edward M. Chen
United States District Judge

STIPULATION OF DISMISSAL WITH Case No. Case No. 3:12-CV-02130-EMC



IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

## **ATTESTATION**

I, Jill F. Kopeikin, am counsel for Plaintiff Third Dimension Semiconductor, Inc. I am the registered ECF user whose username and password will be used to file this STIPULATION OF DISMISSAL WITHOUT PREJUDICE. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that the above-identified counsel concurred in this filing on behalf of said counsel.

Dated: October 24, 2012                    By: /s/ Jill F. Kopeikin
                                                             Jill F. Kopeikin